IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSA ANN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-01003-BL |
| | ) | |
| USDA RURAL DEVELOPMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On July 13, 2026, the Magistrate Judge recommended that the court dissolve the previously entered temporary restraining order and dismiss this case for failure to exhaust administrative remedies.  (Doc. 25).  The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on July 27, 2026. (Doc. 25).  To date, no objections have been filed.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **ORDERS** as follows:

1. The Recommendation of the Magistrate Judge (doc. 25) is **ADOPTED**.

2. The Defendant's Motion to Dismiss (doc. 19) is **GRANTED**.

3. This case is **DISMISSED** with prejudice.[1]

4. All pending motions are **DENIED** as moot.

A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 10th day of August, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge's recommendation is silent as to whether to dismiss the action with or without prejudice. Here, because any further amendment would be futile, the court dismisses the action with prejudice. *See Daker v. Bryson*, 841 F. App'x 115, 123 (11th Cir. 2020) (stating that the "general rule against dismissal with prejudice without notice does not apply if the claim is patently frivolous or if amendment would be futile").